# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

### No. 201700109

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### KYLE M. HAEBERLE
Sergeant (E-5), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding Officer, 3d Marine Regiment
(Rein), MCBH, Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Major Timothy S. Taylor,
USMC.
For Appellant: Commander R. Don Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 May 2017

———————————————

Before MARKS, RUGH, and JONES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court